◼ Donald P. Rosendale, Appellant, v Citibank, N. A., et al., Respondents. [691 NYS2d 901] —In an action to recover damages for breach of contract, the plaintiff appeals from a judgment of the Supreme Court, Dutchess County (Bellantoni, J.), dated January 28, 1998, which, upon the granting of the respective motions of the defendants to dismiss the complaint insofar as asserted against them, dismissed the complaint.

Ordered that the judgment is affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs.

Contrary to the plaintiff's arguments, res judicata effect is given to default judgments (*see, Silverman v Leucadia, Inc.,* 156 AD2d 442; Siegel, Practice Commentaries, McKinney's Cons Laws of NY, Book 7B, CPLR C3216:26, at 570). Under the circumstances of this case, the Supreme Court properly dismissed the complaint in its entirety. O'Brien, J. P., Krausman, Florio and H. Miller, JJ., concur.

◼ Ryan Management Corporation, Respondent, v Arthur Cataffo, Appellant. [691 NYS2d 891] —In an action, *inter alia,* to recover damages for breach of a lease for commercial property, the defendant appeals from an order of the Supreme Court, Suffolk County (Gerard, J.), dated February 11, 1998, which granted the plaintiff's motion for summary judgment for damages in the sum of $907,082.44 representing rent, real estate taxes, penalties, interest, late charges, and reasonable attorney fees.

Ordered that the appeal is dismissed, with costs to the respondent, as that order was superseded by an order dated August 21, 1998, made upon reargument (*see, Ryan Mgt. Corp. v Cataffo,* 262 AD2d 628 [decided herewith]). Bracken, J. P., Ritter, Altman and Friedmann, JJ., concur.